MELINDA HAAG (CABN 132612)
United States Attorney

THOMAS MOORE (ALBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7017
    FAX: (415) 436-7019

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. |
|     Petitioner, | |
| v. | VERIFIED PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS |
| HANNA NGO, | |
|     Respondent. | |

    Petitioner the UNITED STATES OF AMERICA alleges and petitions as follows:

    1.    This proceeding is brought and this Court has jurisdiction hereof under Sections 7402(b) and 7604(a) of the Internal Revenue Code (26 U.S.C. §§ 7402 and 7604).

    2.    Revenue Officer NICHOLAS BRUNETTI is and at all times mentioned herein is an employee and agent of the Internal Revenue Service of the United States Department of the Treasury authorized by the Secretary of the Treasury to perform the duties and take the actions described in Sections 7602 and 7603 of the Internal Revenue Code (26 U.S.C. §§ 7602 and 7603), under Treasury Regulations §§ 301.7602-1 and 301.7603-1 (26 C.F.R. §§ 301.7602-1 and 301.7603-1).

 Regulations §§ 301.7602-1 and 301.7603-1 (26 C.F.R. §§ 301.7602-1 and 301.7603-1).

    3.    Revenue Officer NICHOLAS BRUNETTI is and at all times mentioned herein was attempting in the course of authorized duties to conduct an investigation into the collection of Hoang T. Ngo's tax liabilities.

4. Respondent HANNA NGO's last known address is 687 Nob Hill Ct., San Jose, California 95127, which is within the venue of this Court.

5. Revenue Officer NICHOLAS BRUNETTI is informed and believes that said respondent is in possession and control of records, paper and other data regarding income and other matters covered by said Revenue Officer's inquiry and to which he does not otherwise have access, possession, or control.

6. On February 4, 2015, in accordance with law, Revenue Officer NICHOLAS BRUNETTI personally serving an attested copy of the summons on Respondent HANNA NGO, in respect to the subject matter described in paragraphs 3 and 5, above. The requirements of said summons are self-explanatory, and a true copy thereof is attached hereto as Exhibit A and is hereby incorporated by reference as a part of this petition.

7. The items sought by the summons described in paragraph 5, above, are relevant to and can reasonably be expected to assist in the collection of tax liabilities of Hoang T. Ngo as stated in paragraph 3 above. It was and now is essential to completion of Revenue Officer NICHOLAS BRUNETTI inquiry that respondent produce the items described by said summons.

8. Respondent failed to appear at the February 20, 2015, meeting as required in the summons.

9. On March 3, 2015, David B. Porter, Attorney for both Respondent HANNA NGO and her husband KEITH NGO, sent a letter to Revenue Officer NICHOLAS BRUNETTI. The letter stated that Respondent HANNA NGO, and her husband, KEITH NGO, who was also served with a summons, declined to appear and answer questions as directed in the summonses. <u>See</u> Exhibit B.

10. As of the date of this petition, the Respondent has failed to comply with the summons.

11. All administrative steps required by the Internal Revenue Code for issuance of the summons have been taken.

12. There has been no referral to the Department of Justice for criminal prosecution of the matters described in the summons.

WHEREFORE, having stated in full its petition against the Respondent, the United States prays for enforcement of the subject summons as alleged and set forth above, as follows:

//

1  A. That the named Respondent herein, HANNA NGO, be ordered to appear and show cause
2  before this Court, if any, why Respondent should not be compelled by this Court under 26 U.S.C. §
3  7604(a) to give such testimony and to produce the items described in the summons; and

4  B. That Respondent be ordered by the Court to appear before Revenue Officer NICHOLAS
5  BRUNETTI, or any other designated agent, at a time and place directed by the Court and then and there
6  give such testimony and produce the items described in the summons; and

7  C. That the Court grants the Petitioner UNITED STATES OF AMERICA its costs in this
8  proceeding and such other and further relief as may be necessary and proper.

Respectfully submitted,

MELINDA HAAG
United States Attorney

_____
THOMAS MOORE
Assistant United States Attorney
Chief, Tax Division

## VERIFICATION

I, NICHOLAS BRUNETTI, pursuant to 28 U.S.C. § 1746, declare and state as follows:

I am a duly employed Revenue Officer in the Oakland, California office of the Internal Revenue Service of the United States Treasury Department. I have read and know the entire contents of the foregoing petition, and all statements of fact contained in said petition are true to the best of my own personal knowledge and recollection, and as to those facts stated upon information and belief, I believe them to be true.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 1, 2015 at Oakland, California.

NICHOLAS BRUNETTI

US v. Hanna Ngo
CV

5