BRIAN J. STRETCH (CABN 163973)
United States Attorney
THOMAS MOORE (ALBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7017
    FAX: (415) 436-7009

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) No. CV 15-03106 YGR |
|---|---|
| Petitioner, | ) |
| v. | ) STIPULATION TO DISMISS |
|  | ) AND [~~PROPOSED~~] ORDER |
| HANNA NGO, | ) |
| Respondent. | ) |

Petitioner, United States of America and Respondent, Hanno Ngo, through their respective counsel, do hereby stipulate and agree that this matter be dismissed without prejudice, each party to bear their own costs and attorney's fees.

                                                             BRIAN J. STRETCH
                                                             United States Attorney

   /s/                                                 /s/
DAVID B. PORTER                              THOMAS MOORE
Law Office of David B. Porter              Assistant United States Attorney
Attorney for Respondent                    Chief, Tax Division
Hanna Ngo

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August 2, 2017

                                             UNITED STATES DISTRICT JUDGE
                                             YVONNE GONZALEZ ROGERS